IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

C. MIGUEL GONZALEZ-AGUILERA,

    Petitioner,

v.

STEVE FRANKE, Superintendent,

    Respondent.

Case No. 2:13-cv-01915-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus Without Prejudice (#22) is GRANTED.

    IT IS SO ORDERED.

    DATED this 30th day of June, 2014.

                                        John V. Acosta
                                        United States Magistrate Judge

1 - ORDER -